**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

In re:  Julio Vladimir Diaz                Case No. 21-20225-RAM
                                           Chapter 7


_____ Debtor
/

**CERTIFICATE OF SERVICE**

I certify that a true copy of this amendment to schedules I and J were served as follows:

Ross R. Hartog 101 NE Third Avenue Suite 1210 Fort Lauderdale FL, 33301 December 12, 2021 by email.

All other interested parties received notice threw the court e-filing system.

                    s/ Pedro Menendez
                    _____
                    Signature of Attorney for Serving Party

                    Pedro Menendez
                    _____
                    Print Name

                    2322 SW 67 Ave Miami FL 33155
                    _____
                    Address

                    (786)441-4405
                    _____
                    Telephone


                    0123612
                    _____
                    Florida Bar Number


Date: 12/7/2021